**NATIONAL LABOR RELATIONS BOARD v. MILLER.**

**No. 10379.**

Circuit Court of Appeals, Sixth Circuit.

April 14, 1947.

198

David A. Morse, of Washington, D. C., for petitioner.

Rodes K. Myers and Leland H. Logan, both of Bowling Green, Ky., for respondent.

Before SIMONS, ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel for the Board;

And it appearing that the Board found that the respondent had refused to bargain with the union which represented a majority of its employees in a unit appropriate for collective bargaining; that respondent had discriminatorily discharged sixteen employees from exercising their rights under the Act;

And it appearing that the findings of the Board are supported by substantial evidence:

It is ordered that a decree of enforcement issue as prayed for in the petition.